UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**U.S. v. TROY FRYE, Crim. No. 18-728-JL**

# PETITION FOR WRIT OF HABEAS CORPUS

1. TROY FRYE, DOB: 4/28/67, SBI#: 652282B, FBI#: 582786LA7 is now confined to Mid-State Correctional Facility ("MSCF") of the Department of Corrections in Fort Dix, New Jersey.

2. TROY FRYE, DOB: 4/28/67, SBI#: 652282B, FBI#: 582786LA7 will be required at the U.S. District Court in Newark, New Jersey for an Arraignment before the Honorable Chief Judge Jose L. Linares. A Writ of Habeas Corpus should be issued for that purpose.

DATED: December 14, 2018
Newark, NJ

_____
Jamel Semper,
Assistant U.S. Attorney, Petitioner

## ORDER

Let the Writ Issue.

DATED: 12/14/18

12/14/18

_____
Honorable Jose L. Linares U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Mid-State Correctional Facility ("MSCF") of the Department of Corrections in Fort Dix, New Jersey WE COMMAND YOU that you have the body of

TROY FRYE, DOB: 4/28/67, SBI#: 652282B, FBI#: 582786LA7

now confined at the Mid-State Correctional Facility ("MSCF") of the Department of Corrections in Fort Dix, New Jersey, brought to the United States District Court, on **Thursday, December 20, 2018, at 12:00 p.m.**, for an Arraignment before the Honorable Chief Judge Jose L. Linares at U.S. District Court, Newark, New Jersey.

WITNESS the Honorable Chief Judge Jose L. Linares
United States District Judge
Newark, New Jersey

DATED: 12/14/18

Lissette Rodriguez
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk